IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00995-REB-MJW

LISA M. ROHRBOUGH,

Plaintiff(s),

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Entry of Stipulation and Protective Order (docket no. 9) is GRANTED.  The written Stipulation and Protective Order is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:  July 18, 2006