IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00995-REB-MJW

LISA M. ROHRBOUGH,

Plaintiff(s),

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate February 5, 2007 Settlement Conference (docket no. 34) is GRANTED finding good cause shown. The Settlement Conference set on February 5, 2007 at 1:30 p.m. is VACATED. The parties shall contact Magistrate Judge Watanabe's chambers at 303-844-2403 within ten (10) days from the date of this minute order to reset the settlement conference.

Date: January 25, 2007