IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00995-REB-MJW

LISA M. ROHRBOUGH,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, a body corporate and political subdivision of the State of Colorado; and
MARGARET FRUEH, individually and in her official capacity,

    Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION
( Docket No 55 )

---

**THIS MATTER**, having come before the Court, the Court having reviewed Defendants' Unopposed Motion for Leave to Take Deposition and the file, and being fully advised in the premises, the Court hereby

**ORDERS** that Defendants' Unopposed Motion for Leave to take Deposition is **GRANTED**. Defendants are granted leave to take the video preservation deposition of Tom Enrico on May 4, 2007.

DATED this 30th day of April, 2007

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge