**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00995-REB-MJW

LISA M. ROHRBOUGH,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, a body corporate and political subdivision of the State of Colorado, and
MARGARET FRUEH, in individually and in her official capacity,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Unopposed Motion Allowing Counsel To Be Absent From Trial Preparation Conference** [#67], filed October 5, 2007. The motion is **GRANTED**. Thomas S. Rice, co-counsel for defendant, University of Colorado Hospital Authority, is permitted to be absent from the Trial Preparation Conference set for October 26, 2007.

    Dated: October 9, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.